John Salisbury, Respondent, v. Schuyler Steam Tow Boat Company, Appellant.

(Argued December 1, 1887; decided January 17, 1888.)

Appeal from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 21, 1885, which affirmed a judgment in favor of plaintiff entered on a verdict.

*W. Frothingham* for appellant.

*R. E. Andrews* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.